Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street, Room 250
New York, NY 10007

Stephanie Pierce
_____

(Write the full name of each plaintiff or petitioner)

-against-

JUPITER CONTEMPORARY INC.
_____

GABRIEL KILONGO
_____

(Write the full name of each defendant or respondent)

RECEIVED
SDNY PRO SE OFFICE

2026 APR -1  AM 9: 58

Case No. 1:26 CV 01939

Letter re: Letter requesting extension
to obtain attorney

Your honor Judge Lewis Liman, my name is Gabriel Kilongo. I am the defendant in the case referenced above. I am also the representative and President of the corporation Jupiter Contemporary Inc., which is listed as the second defendant in this matter. On behalf of the corporation, I am writing to request an extension to retain counsel and respond accordingly to the allegations in this matter. In the meantime, I have complied with the current deadline and filed a pro se response on my behalf.

April-1-2026
Dated

Gabriel Kilongo
Name

1217 71st street, Miami Beach, FL, 33141
Address          City          State     Zip Code

342-561-1008
Telephone Number (if available)

Signature

Prison Identification # (if available)

Gabriel@jupitercontemporary.com
E-mail Address (if available)