UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2026 APR -1  AM 9: 38

Stephanie Pierce,
Plaintiff,

v.

Gabriel Kilongo and Jupiter Contemporary Inc.,
Defendants.

Case No. 1:26-cv-01939

ANSWER

Defendant Gabriel Kilongo, appearing pro se, by way of answer to the Complaint, denies the allegations set forth therein.

ANSWER

Defendant Gabriel Kilongo, appearing pro se and solely on his own behalf, by way of answer to the Complaint, denies the allegations set forth therein and denies that Plaintiff is entitled to the relief sought.

Defendant states that payment relating to the works has been made and that the return of the remaining works is actively in progress, with a majority already returned.

Defendant Jupiter Contemporary Inc. will retain counsel and respond accordingly.

Defendant reserves the right to amend this Answer and assert additional defenses as appropriate.

Dated: April 1, 2026

Gabriel Kilongo
Defendant (Pro Se)