# ART**x**LAW

2026-04-03

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

**Re:**  *Pierce v. Kilongo, et ano.* **/ Case No. 1:26-cv-01939 (LJL)**

Dear Judge Liman:

Our firm represents Plaintiff Stephanie Pierce, a working artist who has been waiting for years for the Defendants to pay her for (1) artworks that they sold and withheld the proceeds by falsely stating the buyer had not paid for them, and (2) artworks that were not sold and were to be returned to her at Defendants' expense but which they have failed to return without a reasonable excuse.

In light of the above and understanding the Court's discretion and our commitment to professional courtesy in scheduling matters, we wish to note the following with respect to the motion filed by Defendant Jupiter Contemporary Inc., a corporation ("Jupiter") (Dkt. 8): (a) we believe that there are no defenses to the relief that Plaintiff seeks under applicable law; (b) the individual defendant's answer (Dkt. 9) essentially acknowledges liability; and (c) the corporation was recently represented by an attorney in connection with another case, *Location Incorporated v. Kilongo et al.*, Case No. 1:26-cv-01334 (JPC).

We also note that the motion is procedurally infirm *per se* because it was filed by Mr. Kilongo, who is not an attorney, purportedly on behalf of Jupiter. It is, of course, black letter law, that a corporation cannot appear *pro se* and "may appear in the federal courts only through licensed counsel." *Grace v. Bank Leumi Trust Co.*, 443 F.3d 180, 192 (2d Cir. 2006).

2026-04-03
Hon. Lewis J. Liman
Page 2

Our client is aware of artists and others owed money and artworks by Defendants which, along with default judgments in *BCD Delancey LLC v. Jupiter Contemporary Inc. d/b/a Jupiter*, Index No. LT-315367-25/NY Sup.;  *Diamond Enterprises, LLC v. Kilongo,* Case No. 2025-122319-CC-24 (Miami-Dade County Court), make delay potentially prejudicial.

Respectfully,

*JR Cahill*

John R. Cahill
john@artxlaw.com

cc: Gabriel Kilongo (by ECF)