**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEPHANIE PIERCE,

                      *Plaintiff,*

       -against-

GABRIEL KILONGO and JUPITER
CONTEMPORARY INC.,

                  *Defendants.*

No. 1:26-cv-01939 (LJL)

**DECLARATION**
**OF JOHN R. CAHILL**

Pursuant to 28 U.S.C. § 1746, John R. Cahill, declares as follows

1.      I am a member of **ARTXLAW** PLLC, attorneys for Plaintiff Stephanie Pierce ("Plaintiff" or "Artist") in this proceeding. I make this Declaration based on my personal knowledge and in opposition to the motion of Defendant, by Gabriel Kilongo ("Kilongo"), who is not an attorney, on behalf of Jupiter Contemporary Inc. ("Jupiter") (together, for a second extension of time for Jupiter to respond to the Complaint filed on 2026-April-10 (Dkt. No. 14).

2.      Plaintiff opposes the motion for the following reasons:

    a.  Defendant Jupiter has been wrongfully and unlawfully holding unique, valuable artworks created by the Plaintiff Artist, and has also withheld the proceeds of sales of artworks and unearned commissions;

    b.  Defendants offer no defenses or plausible excuses for not delivering what is sought in the Complaint;

c.  As I communicated to Defendants' then counsel in another case in February 2026 that this case would be filed shortly and that Defendant Jupiter would require counsel, there is no credible excuse for Defendant Jupiter not retaining counsel in this case; and

d.  In addition to the prejudice above, Plaintiff is concerned about whether her artworks have been damaged and/or if they are insured.

3.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2026-April-13

By: s/ *JR Cahill*

John R. Cahill

2