UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Pierce,
    Plaintiff,

v.

Jupiter Contemporary Inc. and Gabriel Kilongo,
    Defendants.

Case No. 1:26-cv-01939

Letter: Motion for Extension of Time

Dear Judge Liman,

Defendant Gabriel Kilongo respectfully submits this second request for a brief extension of time to respond to the Complaint.

Since the Court granted the prior extension, Defendant has actively sought to retain counsel to represent Jupiter Contemporary Inc., which as a corporate entity cannot appear pro se. Defendant has had discussions with multiple attorneys but has not yet finalized representation.

Defendant is continuing these efforts and expects to finalize representation shortly. This request is made in good faith and not for purposes of delay, but to allow for the proper appearance of counsel and to ensure that Defendants may respond through counsel in a proper and orderly manner.

Accordingly, Defendant respectfully requests a final extension of fourteen (14) days to respond to the Complaint. Absent such extension, the corporate Defendant would be unable to respond, which may result in prejudice.

Thank you for your consideration.

Respectfully submitted,
Gabriel Kilongo
Defendant (pro se)

The motion is granted. Defendant will have until April 24, 2026 to retain counsel and respond to the complaint. This is the final extension.
Date: April 14, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge