UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE PIERCE,

Plaintiff,

-v-

GABRIEL KILONGO, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 1939 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held today, September 14, 2026, by **September 21, 2026** Defendant Gabriel Kilongo shall submit a letter indicating his availability to participate in the virtual settlement conference scheduled for October 13, 2026 at 2:15 p.m. ET. (Dkt. No. 34).

Dated: New York, New York
September 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**