USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---X

STEPHANIE PIERCE,

Plaintiff,

-v-

GABRIEL KILONGO, et al.,

Defendants.

---X

26-cv-1939 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On September 23, 2026, the Court ordered the parties to show cause by September 30, 2026, why the case should not be stayed in its entirety without prejudice to the right of any party to move for vacatur of the stay. Dkt. No. 39. The order further contemplated that a status report be filed on Monday, November 2, 2026, and the first Monday of every month thereafter, starting with December 7, 2026. *Id*. Defendant responded to the order and consented to the Court's proposal. Dkt. No. 41. Plaintiff did not respond.

Accordingly, the letter motion to stay discovery and adjourn case deadlines at Dkt. No. 38 is GRANTED. The case is hereby stayed in its entirety without prejudice to a motion to lift the stay. The parties are directed to file a joint status report by Monday, November 2, 2026, and the first Monday of every month thereafter, starting with December 7, 2026.

SO ORDERED.

Dated: October 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge