UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE PIERCE,

Plaintiff,

-v-

GABRIEL KILONGO, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 1939 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's order at Dkt. No. 37, the parties are required to submit "a joint status letter [(the "SC Letter")] regarding their availability to participate in a future settlement conference" by October 30, 2026. (Dkt. No. 37). On October 7, 2026, the Honorable Lewis J. Liman stayed this action and adjourned all case deadlines. (Dkt. No. 42). Accordingly, the parties' deadline to file the SC Letter is **ADJOURNED** sine die.

Dated: New York, New York
October 8, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**