USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE PIERCE,

Plaintiff,

-v-

GABRIEL KILONGO, et al.,

Defendants.

26-cv-1939 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of letters filed by Plaintiff and Defendants asking for a lift of the stay in this case and a rescheduled settlement conference. Dkt. Nos. 44, 45. The request is GRANTED.

The stay in this case is hereby lifted. The Court will refer the parties, via separate order, to Magistrate Judge Cave for purposes of settlement. The parties are directed to contact her chambers promptly to schedule a settlement conference. All other deadlines remain adjourned. In the event the case does not reach a resolution at said conference, the Court will address all scheduling matters thereafter.

The Clerk of Court is respectfully directed to close Dkt. No. 44.

SO ORDERED.

Dated: October 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge